**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Daymi Martinez     JOINT DEBTOR:_____     CASE NO.:_____
Last Four Digits of SS# 3334     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 108.94  for months 1 to 36 ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650     TOTAL PAID $ 1200
                    Balance Due    $ 2450     payable $ 70 /month (Months 1 to 35)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:_____           Arrears Payment    $_____/month (Months _____ to _____)
        _____           Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
                       Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 28.05/month (Months 1 to 35 ) and Pay $ 98.05 /month (Months 36 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Pennymac Loan Services and will continue to pay said creditor directly outside the chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq.
Attorney for the Debtor                      Joint Debtor
Date: 04-19-2016                             Date:_____

LF-31 (rev. 01/08/10)