UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 16-15592-RAM

Daymi Martinez

      Debtor(s).  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 19, 2016 the instant case was filed.

2. On June 22, 2016 Debtor's Chapter 13 plan was confirmed.

3. On March 8, 2017, the Trustee faxed a notice that secured creditor (herein "Creditor"), Sterling Jewelers, Inc. / Kay Jewelers [POC#2] was not being treated in the plan.

4. Creditor filed a secured proof of claim in the amount of $4169.25 and arrearages in the amount of $4169.25.

5. Debtor has filed an objection to the proof of claim requesting for it to be stricken and disallowed.

6. Debtor desires to modify her plan in order state plan treatment for the Creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on March 10, 2017: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161