**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST MODIFIED PLAN**

DEBTOR: Daymi Martinez    JOINT DEBTOR:                    CASE NO.: 16-15592-RAM
Last Four Digits of SS# 3334    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A.  $ 67.09    for months 1 to 10 ; in order to pay the following creditors:
- B.  $ 418.55   for months 11 to 11; in order to pay the following creditors:
- C.  $ 135.47   for months 12 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 Motion to Modify = 4175 TOTAL PAID $ 1200
Balance Due   $ 2975 payable $ 63 /month (Months 1 to 10); payable
$335.17/month (Months 11 to 11); payable $ 80.39/month (Months 12 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None                        Arrearage on Petition Date  $
Address:                        Arrears Payment    $         /month (Months      to      )
                                Regular Payment    $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None             Total Due  $
                    Payable    $         /month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 10 ) and Pay $ 41.53/month (Months 11 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Pennymac Loan Services and will continue to pay said creditor directly outside the chapter 13 Plan. The Debtor surrenders the collateral with secured creditor Sterling Jewelers Inc. / Kay Jewelers.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                         Joint Debtor
Date: 03-10-2017                                Date:


LF-31 (rev. 01/08/10)